FEBRUARY 24, 1989

No. A–638 (88–6585).   FETTERLY v. IDAHO.   Sup. Ct. Idaho. Application to continue stay of execution of death warrant, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. A–671 (88–6635).   WILLIAMS v. KEMP, WARDEN.   C. A. 11th Cir.   Application of respondent for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

FEBRUARY 27, 1989

No. 88–1017.   AJAX NAVIGATION CORP. v. DOS SANTOS.   Dist. Ct. App. Fla., 3d Dist.   Certiorari dismissed under this Court's Rule 53.

No. 88–715.   BURLESON v. BURLESON.   Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.

No. 88–5990.   ROBINSON v. UNITED STATES DEPARTMENT OF EDUCATION.   Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.

No. 88–6242.   ROBINSON v. ENGLISH DEPARTMENT OF THE UNIVERSITY OF PENNSYLVANIA ET AL.   Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.